49 F.3d 1441
 OREGON NATURAL RESOURCES COUNCIL, INC., an Oregon non-profit
corporation; Wendell Wood; Mark Gaffney,
Plaintiffs-Appellants,
v.
BUREAU OF RECLAMATION; United States Department of
Interior; Kirk Rodgers, in his capacity as Project Manager,
Klamath Project Mid-Pacific Region, Bureau of Reclamation,
United States Department of the Interior; Dennis Underwood,
in his capacity as Commissioner, Bureau of Reclamation,
United States Department of the Interior; Manual Lujan, in
his capacity as Secretary, United States Department of the
Interior, Defendants-Appellees,
and
Klamath Basin Water Users Protective Association and
Tulelake Irrigation District, Intervenors.
 No. 93-35591.
 United States Court of Appeals,
Ninth Circuit.
 April 4, 1995.
 
 Before: BROWNING, KOZINSKI, and NOONAN, Circuit Judges.
 
 ORDER
 
 1
 The per curiam opinion filed October 14, 1994, is withdrawn.